IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **INRE:** | § | |
| | § | **CASE NO. 24-32556** |
| **KEVIN J. ROBINSON** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

**DEBTOR'S SUPPLEMENTAL MATRIX ADDING CREDITORS**

TO THE HONORABLE JUDGE OF THIS COURT:

Debtor(s) supplements the original creditor matrix with the following creditor(s). The applicable filing fees will be paid at the time of filing.

**Alonzo Allen**
731 Sandford Lodge Dr
Houston, TX 77073-1893

**William J. and Dierdre J. Nelson**
Attn Michael Adams, Doyle Law Firm PLLC
6710 Steward Rd Ste 300
Galveston, TX 77551

**Shine Management Corp.**
11707 Acacia Ave
Hawthorne, CA 90250-2347

**Shine Management Corp.**
Attn. Lee A. Mencacci
McLeod, Alexander, Powel & Apffel, P.C.
P.O. Box 629
Galveston, TX 77553

DATED: August 15, 2024                    Respectfully submitted,

                 RESOLVE LAW GROUP,
                 A registered d/b/a of The Price Law Group, A.P.C.

                 */s/ Stuart M. Price*
                 Stuart M. Price
                 CA Bar No. 150439 | TXSB Fed. ID No. 3821835
                 Alan D. Borden
                 FL Bar No. 58250 | TXSB Fed. ID No. 3887551
                 801 Travis Street, Suite 2101
                 Houston, TX 77002
                 Phone: (818) 995-4540
                 Fax: (818) 995-9277
                 Email: enotice@pricelawgroup.com
                 Email: alan@resolvelawgroup.com
                 Email: platinum@resolvelawgroup.com

                 ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or before August 15, 2024, a true and correct copy of the foregoing was served electronically on the Office of the U.S. Trustee, the Chapter 13 Trustee, all attorneys and parties-in-interest who have requested notices, and via regular, first class mail, postage prepaid, to the above-referenced Debtors, the newly added parties referenced herein, and all parties in the attached mailing matrix. A copy of the Notice of Bankruptcy Filing also has been served to the newly added party.

Kevin J. Robinson
19011 Sweden Court
Spring, TX 77379

Alonzo Allen
731 Sandford Lodge Dr
Houston, TX 77073-1893

William J. and Dierdre J. Nelson
Attn Michael Adams, Doyle Law Firm PLLC
6710 Steward Rd Ste 300
Galveston, TX 77551

Shine Management Corp.
11707 Acacia Ave
Hawthorne, CA 90250-2347

Shine Management Corp.
Attn. Lee A. Mencacci
McLeod, Alexander, Powel & Apffel, P.C.
P.O. Box 629
Galveston, TX 77553

/s/ *Stuart M. Price*
Stuart M. Price